

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00158-CR

Jose Lopez Jr.
v.
The State of Texas

On Appeal from the
272nd District Court of Brazos County, Texas
Trial Court Cause No. 18-01722-CRF-272

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed.  The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

October 27, 2022